UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

UNITED STATES CURRENCY IN THE
AMOUNT OF THIRTY-FOUR THOUSAND AND
SEVEN HUNDRED DOLLARS ($34,700),
MORE OR LESS,

Defendant.

**DECREE OF FORFEITURE
AND ORDER OF DELIVERY**

CV-04-4911

(Garaufis, J.)
(Pohorelsky, M.J.)

UPON the application of the Plaintiff UNITED STATES OF
AMERICA and the Declaration of Assistant United States Attorney
Steven M. Warshawsky, dated May 3/, 2005, with all exhibits
annexed thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as
follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 21
U.S.C. § 881(a)(6), the Defendant Funds, including all
accumulated interest, as identified in the Declaration and
exhibits, are hereby forfeited and condemned to the use and
benefit of the United States of America for the reasons set
forth in the Verified Complaint in rem.

2. All persons or entities known or believed to have
an interest in or claim to the Defendant Funds having been given

due notice of these proceedings, and none of those persons or entities having interposed a claim, an answer, or other response of any kind to the Verified Complaint in rem, the default of all persons or entities having any interest in the Defendant Funds hereby is noted.

3. The United States Marshals Service, and its agents and representatives, are hereby directed to dispose of the Defendant Funds, including all accumulated interest, in accordance with all applicable laws and regulations.

4. The Clerk of this Court shall forward four (4) certified copies of this Decree of Forfeiture and Order of Delivery to the United States Attorney for the Eastern District of New York, Attn: Assistant United States Attorney Steven M. Warshawsky, One Pierrepont Plaza - 14th Floor, Brooklyn, New York 11201.

SO ORDERED on this 6$\overline{\text{th}}$ day of June , 2005.

Hon. Nicholas G. Garaufis, U.S.D.J.